UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Moulton

    v.                                    Civil No. 11-cv-391-PB

Carroll County Department
of Corrections, et al.


**O R D E R**


Richard Moulton has filed a complaint (doc. no. 1) which includes a request for a preliminary injunction (doc. no. 1) alleging that he is being denied dentist-prescribed dental care due to a policy of the Carroll County Department of Corrections ("CCDOC") that the department will only pay for tooth extractions, and not repairs.  The matter has been referred to this magistrate judge for consideration and a recommendation (doc. no. 5).

The Clerk's Office is directed to schedule a hearing on Moulton's motion on Friday, September 9, 2011, at 10:00 a.m. The CCDOC is to insure that Moulton is to be transported from the Strafford County House of Corrections, where he is presently housed, for the hearing.  The Clerk's Office is further directed to send a copy of the complaint (doc. no. 1) and this order to defendants: CCDOC, CCDOC Superintendent Jason Johnson, CCDOC Capt. Michael Fowler, and Carroll County Commissioners David

Sorenson, Asha Kenney, and Dorothy Solomon, at the addresses provided by plaintiff on the summons forms submitted with the complaint.

Defendants are directed to provide this Court with a copy of all of Moulton's dental records in the possession of the CCDOC by September 8, 2011.  This record is to include CCDOC's own dental records, the dental records in its possession from any other institution where Moulton has been housed during his present incarceration, and the dental records in its possession from any dental professional.  Defendants are further instructed to provide Moulton with a copy of all of the records submitted to the Court by September 8, 2011.  The dental records will be filed here under seal.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: August 30, 2011

cc:  Richard Moulton, pro se
     Carroll County Department of Corrections
     Jason Johnson
     Michael Fowler
     David Sorenson
     Asha Kenney
     Dorothy Solomon