UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Moulton</u>

        v.                          Case No. 11-cv-391-PB

<u>Carroll County Department of Corrections, et al</u>

## O R D E R

After reviewing the matter de novo, I have determined that the plaintiff's objections ( doc. 29, 30 and 35)   to the Magistrate Judge's Report and Recommendation are without merit and are overruled.  Plaintiff's motion to reconsider ( doc. 31) is denied.  The Magistrate Judge shall submit a supplemental report responding to the specific arguments made by the county in support of its objection (doc 32).

SO ORDERED.

January   23, 2012                                **/s/ Paul Barbadoro**
                                                             Paul Barbadoro
                                                             United States District Judge

cc:      Richard Moulton, Pro Se
          Stephen Murray, Esq.