UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Richard Moulton</u>

        v.                         Case No. 11-cv-391-PB

<u>Carroll County Department of Corrections, et al</u>


<u>O R D E R</u>

After reviewing the matter de novo, I have determined that the plaintiff's objections ( doc. 29, 30 and 35) to the Magistrate Judge's Report and Recommendation are without merit and are overruled. Plaintiff's motion to reconsider ( doc. 31) is denied. The Magistrate Judge shall submit a supplemental report responding to the specific arguments made by the county in support of its objection (doc 32).

SO ORDERED.


January 23, 2012                                            **/s/ Paul Barbadoro**
                                                                   Paul Barbadoro
                                                                   United States District Judge


cc:     Richard Moulton, Pro Se
          Stephen Murray, Esq.