UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Richard Moulton

v.                                          Case No. 11-cv-391-PB

Carroll County Department of Corrections, et al


O R D E R

I hereby recuse myself from presiding over this case as Attorney Corey Belobrow has filed an appearance on behalf of the defendants.


SO ORDERED.


January 27, 2012                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge


cc:   Richard Moulton, Pro Se
      Stephen Murray, Esq.
      Corey Belobrow, Esq.