UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Richard Moulton

    v.                                  Civil No. 11-cv-391-JL

Carroll County Department of
Corrections, et al.

**REPORT AND RECOMMENDATION**

Richard Moulton has filed a "Motion for Decision on the Issuance of a Preliminary Injunctive Relief Order" (doc. no. 44). Defendants object (doc. no. 45). The district judge has referred the motion to this magistrate judge for a report and recommendation concerning its disposition (doc. no. 49).

The magistrate judge has issued a report and recommendation (doc. no. 26) recommending that an injunction issue. The district judge requested a supplemental report from the magistrate judge (doc. no. 39). On February 17, 2012, the magistrate judge issued a report and recommendation in response to the district judge's request (doc. no. 50). The magistrate judge's recommendations will be considered by the district judge in due course. Accordingly, Moulton's instant request that an injunction issue (doc. no. 44), which adds no new facts relevant to the court's consideration of the merits of his original

request for injunctive relief, should be denied as duplicative of his prior request.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011), cert. denied, 181 L. Ed. 2d 768 (2012); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

_____
Landya McCafferty
United States Magistrate Judge

February 22, 2012

cc: Richard Moulton, pro se
    Stephen A. Murray, Esq.
    Corey M. Belobrow, Esq.

LBM:jba