**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Richard Moulton</u>

    v.                          Civil No. 11-cv-391-JL

<u>Carroll County Department
of Corrections et al.</u>

**O R D E R**

Richard Moulton has sought an injunction in this court that, if granted, would require the Carroll County Department of Corrections ("CCDC") to provide him with certain dental care. The magistrate judge has recommended the issuance of such an injunction (doc. nos. 26 and 50). The court has not yet ruled on the recommendation.

Since the issuance of the magistrate judge's most recent report and recommendation, the CCDC has verbally advised the Clerk's office that Moulton has been transferred to the New Hampshire State Prison. It is not apparent to the court whether Moulton is still in the custody of the CCDC, and is being housed at the state prison, or is now in the custody of the New Hampshire Department of Corrections.

If Moulton is no longer in the custody of the CCDC, and it has become the responsibility of the New Hampshire Department of Corrections or another incarcerating authority to provide Moulton

with necessary medical or dental care going forward, Moulton's requested injunction may be moot.[1] Accordingly, Moulton is directed to show cause, within thirty days of the date of this order, why his request for injunctive relief should not be denied as moot, given his transfer to the New Hampshire State Prison.[2]

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date:     March 12, 2012

cc:       Richard Moulton, pro se
          Stephen A. Murray, Esq.
          Corey M. Belobrow, Esq.

---

[1] Moulton's claims for damages would be unaffected by a change in custodian. This order requires Moulton only to show cause why his claims for injunctive relief are not moot.

[2] By separate order, the court has authorized the appointment of counsel should a suitable attorney be available and willing to represent Moulton pro bono. If counsel appears in this case, he or she may request an extension of this deadline if necessary.