UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Richard Moulton

    v.                              Civil No. 11-cv-391-JL

Carroll County Department
of Corrections, et al.

**O R D E R**

By order dated March 12, 2012 (doc. no. 59), the court directed the clerk's office to obtain pro bono counsel to represent the plaintiff, Richard Moulton, in the above-captioned case. Attorney William Christie has agreed to consider representing Mr. Moulton pro bono in this matter. Pursuant to the court's order dated March 12, 2012, Attorney Christie may have fourteen days to review the documents in the case and if he wishes, to visit and speak with Mr. Moulton at the prison before making a decision as to whether or not to accept an appointment at this time. Attorney Christie shall file an appearance, or notify the court that he does wish to represent Mr. Moulton, by April 16, 2012.

    SO ORDERED.

                                                _____
                                                Landya McCafferty
                                                United States Magistrate Judge

April 2, 2012
cc:  Richard Moulton, pro se
     Corey M. Belobrow, Esq.
     Stephen A. Murray, Esq.