UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Moulton

       v.                                                               Civil No. 11-cv-391-JL

Carroll County Department of Corrections et al

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated December 14, 2011, January 31, 2012 and February 21, 2012.

Further, I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated February 22, 2012 and March 20, 2012, to which no objections have been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

June 22, 2012

_____
Joseph N. Laplante
Chief Judge

cc:     William E. Christie, Esq.
          Corey M. Belobrow, Esq.
          Stephen A. Murray, ESq.